FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

May 30, 2013

Charles M. Mallin
Asst. Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Barry J. Alford
1319 Ballinger St.
Fort Worth, TX 76102

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Michael Thomas
Judge, Criminal District Court No. 4
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196

RE:    Court of Appeals Number:    02-12-00322-CR
       Trial Court Case Number:    1219598D

       Court of Appeals Number: 02-12-00323-CR
       Trial Court Case Number: 1219602D

       Court of Appeals Number: 02-12-00324-CR
       Trial Court Case Number: 1219604D

       Court of Appeals Number: 02-12-00325-CR
       Trial Court Case Number: 1219605D

       Court of Appeals Number: 02-12-00326-CR
       Trial Court Case Number: 1219606D

       Court of Appeals Number: 02-12-00327-CR
       Trial Court Case Number: 1219608D

       Court of Appeals Number: 02-12-00328-CR
       Trial Court Case Number: 1219769D

FILE COPY

Court of Appeals Number: 02-12-00329-CR
Trial Court Case Number: 1219770D

Court of Appeals Number: 02-12-00330-CR
Trial Court Case Number: 1219771D

Court of Appeals Number: 02-12-00331-CR
Trial Court Case Number: 1219780D

Court of Appeals Number: 02-12-00332-CR
Trial Court Case Number: 1220013D

Court of Appeals Number: 02-12-00333-CR
Trial Court Case Number: 1221381D


Style:    Pedro Dominguez
          v.
          The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

A copy of the opinion and judgment is enclosed and can also be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

Respectfully yours,

DEBRA SPISAK, CLERK